**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

March 15, 2024

Dominique C Pavageau
4036 S HOLLY STREET
SEATTLE, WA 98118

Your civil action *Pavageau v. Delta Airlines Inflight Services et al* was filed in the U.S. District Clerk's office at Seattle on March 12, 2024.

Your case has been assigned Case Number **2:24–cv–00332–LK,** and has been assigned to Judge Lauren King, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Case Number and Judge Assignment Provided at Window

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file