*Pro Se 7 2016*

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        MAR 1 2 2024      MH

            AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Dominique C. Pavageau

_____

_____,

                    Plaintiff(s),

v.

Delta Air Lines
Inflight Services

_____

                    Defendant(s).

CASE NO. 24-CV-00332-LJK
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Jury Trial: ☐ Yes   ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Dominique Pavageau |
| Street Address | 4036 S Holly Street |
| City and County | Seattle, WA 98118 / King |
| State and Zip Code | WA 98118 |
| Telephone Number | 206 928 1233 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

*Pro Se 7 2016*

B.    Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Delta Air Lines |
| Job or Title *(if known)* | |
| Street Address | 1030 Delta Blvd Dept 981 |
| City and County | Atlanta, Fulton |
| State and Zip Code | GA, 30354 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | Nancy Reynolds |
| Job or Title *(if known)* | Flight Attendant |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 337 288 9250 |

Defendant No. 3

| | |
|---|---|
| Name | Shirley Francois |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 646 626 1282 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

Case 2:24-cv-00332-LK   Document 4   Filed 03/18/24   Page 3 of 9

Pro Se 7 2016

1    Defendant No. 4

2         Name                    Natasia Cole

3         Job or Title *(if known)* _____

          Street Address         _____

4         City and County        _____

5         State and Zip Code     _____

          Telephone Number       516 717 7973
6

7    C.   Place of Employment

8         The address at which I sought employment or was employed by the defendant(s) is:

9         Name                    Delta Air Lines -Inflight Services

10        Street Address         1030 Delta Blvd

          City and County        Atlanta, GA
11        State and Zip Code     GA 30354

12        Telephone Number       2

13                    II.     **BASIS FOR JURISDICTION**

14        This action is brought for discrimination in employment pursuant to *(check all that*

15   *apply)*:

16

17        ☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
              to 2000e-17 (race, color, gender, religion, national origin).

18            *(Note:  In order to bring suit in federal district court under Title VII, you*
              *must first obtain a Notice of Right to Sue letter from the Equal*
19            *Employment Opportunity Commission.)*

20        ☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.
              §§ 621 to 634.
21
              *(Note:  In order to bring suit in federal district court under the Age*
22            *Discrimination in Employment Act, you must first file a charge with the*
              *Equal Employment Opportunity Commission.)*
23

24

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

*Pro Se 7 2023*

B.      Defendant(s)

    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

    Defendant No. 1

| | |
|---|---|
| Name | Alvina Douglass |
| Job or Title *(if known)* | Flight Attendant |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 347 421 6347 |

    Defendant No. 2

| | |
|---|---|
| Name | Keesha Mattos |
| Job or Title *(if known)* | Flight Attendant |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 808 936 0613 |

    Defendant No. 3

| | |
|---|---|
| Name | Yadira Rodriguez-Lopez |
| Job or Title *(if known)* | Flight Attendant |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 323 632 9447 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION  4

Pro Se 7 2023

Defendant No. 4

    Name                      Sabine Cash

    Job or Title *(if known)*   Flight Attendant

    Street Address

    City and County

    State and Zip Code

    Telephone Number    678 536 3000

C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

    Name                  Delta Airlines - Inflight Services

    Street Address         1030 Delta Blvd

    City and County       Atlanta, Fulton

    State and Zip Code    GA 30354

    Telephone Number

## II.    BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    ☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

          *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    ☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

          *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - ⅍ 5

*Pro Se 7 2016*

1

2

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

3
*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

4

5

☐ Other federal law *(specify the federal law)*:

6

7

☐ Relevant state law *(specify, if known)*:

8

9

☐ Relevant city or county law *(specify, if known)*:

10

### III.    STATEMENT OF CLAIM

11

12

13

14

*Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.*

15

16

17

Delta Air Lines failed to interact in the accommodation process and suspended me from flight attendant training the day before my graduation.

18

19

20

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

21    ☐ Failure to hire me.

   ☐ Termination of my employment.

22    ☒ Failure to promote me.

23    ☒ Failure to accommodate my disability.

   ☐ Unequal terms and conditions of my employment.

24    ☒ Retaliation.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION  *A6*

*Pro Se 7 2016*

1

☐   Other acts *(specify)*: _____

2   B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

3   September 30, 2021 _____

4   C.   I believe that defendant(s) *(check one)*:

5   ☒   is/are still committing these acts against me.
6   ☐   is/are not still committing these acts against me.

7   D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

8   ☐   race _____
9   ☐   color _____
     ☐   gender/sex _____
10   ☐   religion
11   ☒   national origin   Seattle, WA
12   ☐   age *(year of birth)*        *(only when asserting a claim of age discrimination.)*
13
     ☒   disability or perceived disability *(specify disability)*
14   Anxiety

15   E.   The facts of my case are as follows.  Attach additional pages if needed.

16   I voiced my learning concerns on day 2 and 3
17   of training, regarding pacing & curriculum. I mentioned
18   to learning managers I would be filing for an accommodation

19        *(Note:  As additional support for the facts of your claim, you may attach to this complaint*
     *a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge*
20   *filed with the relevant state or city human rights division.)*

21

22

23

24

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5⁷7

*Pro Se 7 2016*

1  **IV.    EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES**

2  A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity

3  Commission or my Equal Employment Opportunity counselor regarding the defendant's

4  alleged discriminatory conduct on *(date)*

5  10 | 04 | 2021

6  _____

7  _____

8  B.    The Equal Employment Opportunity Commission *(check one)*:

9  ☐    has not issued a Notice of Right to Sue letter.

10  ☒    issued a Notice of Right to Sue letter, which I
received on *(date)*

11  12/13/2023

12  *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment
Opportunity Commission to this complaint.)*

13  C.    Only litigants alleging age discrimination must answer this question.

14  Since filing my charge of age discrimination with the Equal Employment Opportunity

15  Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

16  ☐    60 days or more have elapsed.

17  ☐    less than 60 days have elapsed.

18  **V.    RELIEF**

19  *State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do
not make legal arguments.  Include any basis for claiming that the wrongs alleged are
20  continuing at the present time.  Include the amounts of any actual damages claimed for the acts
alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed,
21  the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

22  _____

23  _____

24  _____

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 8

*Pro Se 7 2016*

## VI.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       3/12/2024

Signature of Plaintiff       Dom C. R

Printed Name of Plaintiff       Dominique   Pavageau


Date of signing:       _____

Signature of Plaintiff       _____

Printed Name of Plaintiff       _____


Date of signing:       _____

Signature of Plaintiff       _____

Printed Name of Plaintiff       _____

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 𝟀9