UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIQUE PAVAGEAU,<br><br>                  Plaintiff,<br><br>  v.<br><br>DELTA AIRLINES, INC. et al.,<br><br>                  Defendants. | CASE NO. 2:24-cv-00332-LK<br><br>ORDER EXTENDING SERVICE DEADLINE AND REQUIRING PROOF OF SERVICE WITHIN SIXTY DAYS |

       This matter comes before the Court sua sponte. Plaintiff Dominique Pavageau, who is proceeding pro se and *in forma pauperis*, filed her complaint in March 2024. Dkt. No. 1. She alleges employment discrimination against Defendants Delta Airlines, Inc. and Delta Airlines, In-Flight Service Learning. Dkt. No. 11 at 4–5.

       Ms. Pavageau filed an amended complaint on May 7, 2024 and attempted to serve it shortly thereafter. Dkt. Nos. 11, 14. However, the documents she filed to show service do not demonstrate that she has served either Defendant. Dkt. Nos. 14-2, 14-3. They do not specify what was served, on whom, or at what address. Rather, the documents appear to show that she mailed something to unspecified addresses in Atlanta, Georgia. *See id.*; *see* Fed. R. Civ. P. 4(h)(1).

ORDER EXTENDING SERVICE DEADLINE AND REQUIRING PROOF OF SERVICE WITHIN SIXTY DAYS - 1

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." More than 90 days have passed since the summonses were issued, and Ms. Pavageau has not filed proof that she has properly served Defendants.

In light of Ms. Pavageau's pro se status and her attempt to serve Defendants, the Court finds good cause to extend the service deadline until 60 days from the date of this Order. The Court ORDERS Ms. Pavageau to file proof of service on both Defendants by that date. If she fails to do so, the Court will dismiss this matter without prejudice.

Materials to assist pro se litigants are available on the United States District Court for the Western District of Washington's website, including information about the Federal Bar Association's Legal Clinic and a Pro Se Guide to Filing Your Lawsuit in Federal Court, which includes a section regarding service. https://www.wawd.uscourts.gov/representing-yourself-pro-se. Although the Court affords some leeway to pro se litigants, they must comply with case deadlines, the Federal Rules of Civil Procedure, and the Western District of Washington's Local Rules, which can also be found on the Western District of Washington's website.

Dated this 10th day of October, 2024.

*Lauren King*

Lauren King
United States District Judge