UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIQUE PAVAGEAU,<br><br>                Plaintiff,<br>    v.<br><br>DELTA AIRLINES, INC. et al.,<br><br>                Defendants. | CASE NO. 2:24-cv-00332-LK<br><br>ORDER GRANTING IN PART MOTION FOR JOINT SETTLEMENT CONFERENCE AND EXTENSION OF DISPOSITIVE MOTION DEADLINE |

      This matter comes before the Court on the parties' Joint Request for Judicial Settlement Conference and Extension of Dispositive Motion Deadline. Dkt. No. 43. The parties request that the Court "refer this matter to a U.S. Magistrate Judge for settlement purposes," and continue the October 20, 2025 dispositive motion deadline for 30 days "to permit the Parties to engage in a judicial settlement conference without incurring the costs associated with preparing a dispositive motion that may impede the Parties' resolution." *Id.* at 2.

      Pursuant to Local Civil Rule 39.1(e), "[u]nless otherwise ordered by the court, a judicial settlement conference will only be held in a case where the parties have already participated in mediation, but have been unable to reach a settlement." The parties' motion does not state that

they have already participated in mediation. Although they aver that mediating first with a private mediator "may unnecessarily delay the[ir] efforts to resolve this matter," *id.* at 1–2, participating in the Court's pro bono mediation program can provide timely and free mediation. This case appears eligible for that program in light of Ms. Pavageau's pro se and *in forma pauperis* ("IFP") status. *See* https://www.wawd.uscourts.gov/attorneys/adr (last visited October 7, 2025); *see also* Dkt. No. 3 (granting Ms. Pavageau IFP status). Accordingly, the Court denies the request to refer this case to a Magistrate Judge for a settlement conference and encourages the parties to request pro bono mediation.[1]

The Court does, however, find good cause to extend the dispositive motion deadline by 30 days to give the parties sufficient time to engage in mediation without simultaneously expending potentially unnecessary resources preparing dispositive motions. The dispositive motion deadline is therefore extended to November 19, 2025. If mediation is unsuccessful or the parties need additional time, they can renew their request for a judicial settlement conference and request a continuance of the trial date.

For the foregoing reasons, the Court GRANTS IN PART the parties' Joint Request for Judicial Settlement Conference and Extension of Dispositive Motion Deadline. Dkt. No. 43.

Dated this 7th day of October, 2025.

Lauren King
United States District Judge

---

[1] https://www.wawd.uscourts.gov/sites/wawd/files/RequestforProBonoMediation.pdf (form to request pro bono mediation).

ORDER GRANTING IN PART MOTION FOR JOINT SETTLEMENT CONFERENCE AND EXTENSION OF DISPOSITIVE MOTION DEADLINE - 2