EXHIBIT F

EXHIBIT F

Trelawney A. Bundrage
Program Coordinator for Initial Training
In-Flight Service Learning
Delta Air Lines

Dear Trel,

On Monday, September 27, 2021, I got out of bed at 8:30 am to start my day. I proceeded to immediately take my Covid test, and when the test started, the noise of the chime from the test awakened my roommate, Dominique Pavageau. She appeared to be agitated, and when she got out of bed, she slammed the bathroom door. A few minutes later, Dominique told me, "I don't remember us deciding to wake up early today." I asked her what she was talking about. She said, "We didn't talk about waking up early. I set my alarm for 9:00 am. I wanted to sleep until then." I reminded her that we never tell each other when we're getting up, and that we've always gotten up when we felt like it. I told her that I didn't mean to bother her by waking her up, but that I needed to take my Covid test and get my nails done before I went to the training center. She appeared to be upset by this, so I told her that I honestly don't ever know how she's going to react to things anyway. This appeared to upset her even further. She then said, "And I thought that I was going to ride with you to get our nails done?" I reminded her that I originally decided not to do my nails, but that I changed my mind when I woke up. I said that since she told me she had already made an appointment at a salon near the training center, I didn't think I needed to ask her to come with me. I said that I preferred to go to a salon near Publix instead. Without saying another word, she then proceeded to gather all of her things that she needed for the day, left the room, and slammed the door. We didn't say a word to each other for the rest of the day, and while I was taking a shower that night, I heard her come back into the hotel room. I could hear her slamming drawers, opening and slamming the closet door a few times, and banging things around the room. I didn't realize exactly what she was doing until I opened the bathroom door. She was packing up all of her things into her suitcases. She then proceeded to take her things out of the bathroom. After she packed those items into one of her suitcases, she left the hotel room with all of her things except her food, and slammed the door once again. She has not slept in the hotel room since then. That evening, after she left the hotel, I proceeded to write her a text to explain again why I had gotten up early that morning, and told her about how I was very upset that she reacted to the situation like she did, even after all I've done for her the last few weeks (Refer to text message presented to you this morning in our meeting.) Her response to me about the text message that I sent was to "HaHa" the message, then said "I'll be forwarding this to our facilitators. I'm sure it will speak to the challenges I've been expressing to them this entire time. You're of age to know the right way to approach situations like this." After reading her response to the text, I decided to contact you, Trel, to set up a meeting to discuss the situation, so that you could be aware of what went on that day. Please let me know if you need any more information. Thank you for taking the time to meet with me this morning.

Sincerely,

[redacted]

**EXHIBIT 11**

Pavageau

Date: 9/16/2025
Buell Realtime Reporting
206 287 9066

| | |
|---|---|
| From: | Bundrage, Trelawney A |
| To: | Cofer, Timithia A; Anderson, Jennifer |
| Subject: | Fwd: Class A4 Safety Concern |
| Date: | Wednesday, September 29, 2021 11:34:04 PM |

Get Outlook for iOS

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Wednesday, September 29, 2021 11:25:13 PM
**To:** Bundrage, Trelawney A <Trelawney.A.Bundrage@delta.com>
**Subject:** Class A4 Safety Concern

I am very saddened to be writing this email about one of my classmates who have left a negative impact on the entire class. What pushed me to sending this is seeing Nancy breaking down crying in the elevator from something that Dominique has done to her. My heart aches seeing Nancy like this , she is such an amazing person and does nothing to anyone she is patient and wants this opportunity more than anything.

She has left me with a negative feeling , so much so that I do not feel like this the type of person that I could trust as a member of my crew in the line.

From my personal experience , she had asked me to let the bus driver know to wait for her. However since it was a late day for us I forgot to mention this to the driver and she took it extremely personally so much so that she left our class group chat and proceeded to ignore my roommate and I, after we had stayed up helping her with her drills the night before.

In addition she had mentioned to me that she had planned to sue Delta because she felt that she was being picked on by the coordinators and instructors; when I know for a fact that its not the case. Delta's conducts world class training and the rules were very clear every step of the way.

Dominique does not embody any of Delta's core values. Over the past six weeks she has not displayed any type of teamwork or crew Coordination. During our second EMV we had all witnessed as a class her criticizing half of her crew during an evacuation , when in fact they were successful and had followed procedure according to the OBM. I am very concern about how she will display and represent Delta on the line.

**From:** Bundrage, Trelawney A
**To:** Cofer, Timithia A; Anderson, Jennifer
**Subject:** FW: Class Safety Concern A4
**Date:** Wednesday, September 29, 2021 11:06:31 PM

---

**From:** ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >
**Sent:** Wednesday, September 29, 2021 11:00 PM
**To:** Bundrage, Trelawney A <Trelawney.A.Bundrage@delta.com>
**Subject:** Class Safety Concern A4

Good Evening Trel,

It really saddens me to write this email as these last six weeks have been a long time coming for me. However I am compelled to voice my concern because I believe that this issue has escalated to a safety concern. When I witnessed my classmate Ms. Nancy crying on the elevator, my heart broke. She is absolutely the sweetest most patient person who was truly was born to be a flight attendant. I hate that her second time in training has been marred by her experience with her roommate. Personally Dominique is not the type of I would trust to work with on the line.

For our OE flight we had agreed to meet at 8 when I noticed she was running late , I proceeded to call and text her with no answer . When I offered to meet at the gate and go over service standards with her the energy had changed and I was uncomfortable sitting next to her on the flight, I also witnessed her using her personal device as well.

As previously stated this is not the type of person I would work with on the line. In reference to CRM I do not see how I can trust her as a member of my crew. Again this is not the type of email I enjoy writing because this week should be a week of celebration for me but I felt it was my duty to speak up.

Best,
▓▓▓▓ ▓▓

**From:** Bundrage, Trelawney A
**To:** Anderson, Jennifer; Cofer, Timithia A
**Subject:** FW: Complaint with classmate A4
**Date:** Wednesday, September 29, 2021 10:52:03 PM

---

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Wednesday, September 29, 2021 10:50 PM
**To:** Bundrage, Trelawney A <Trelawney.A.Bundrage@delta.com>
**Subject:** Complaint with classmate A4

Good night , I want to voice concerns and tell my experiences and interaction that I have had with Dominique. Yesterday was the last straw when My fellow classmate Nancy was in the elevator breaking down crying because something that Dominique has done to her. My heart broke Nancy is such a beautiful person she has never done anything to anyone. Nancy expressed to us through tears that her alarm when off 30 minutes before Dominiques and she was extremely us and started to curse and shout at her and also moved out of her room.

Dominique does not display delta core values. And I'm going to explain why , from day one in the classroom when we were setting class expectations, she made a comment saying everyone need to take accountability for our actions hinting that she had been through something previously during her two weeks she was in training last year which left the whole class with a negative feeling. From that moment she had spread negativity to almost everyone in the classroom. I tried to give her a chance to to understand her and I thought that went well until she had a 3rd attempt for the three point drill me and my roommate offered our help and she In turn ignored us for two days. I told her good morning and she ignored me . She later told me
That she thought I had an issue with her and I literally just helped her so I couldn't figure out why she would think that.

Another instant was when she went to the bathroom at the end of class it was a late day for us and the bus started to leave her the class didn't realize she was not on the bus , she was really upset making snide comments and she never rode the bus with her classmates again and left our groupchat. And it could have all been fixed through communication, I reached out to her and apologized and she still didn't communicate with anyone for days after this. She is not honest there is no integrity no respect. People would give up anything for this position and she is taking advantage of it.

I am honest scared that she will display this attributes on the line and nobody deserves this. I'm really disheartened that I even have to write you this.


Get Outlook for iOS

| | |
|---|---|
| **From:** | Bundrage, Trelawney A |
| **To:** | Anderson, Jennifer |
| **Subject:** | FW: In regards to our conversation tonight |
| **Date:** | Wednesday, September 29, 2021 9:55:48 PM |
| **Attachments:** | image001.png |

**From:** ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, September 29, 2021 9:55 PM
**To:** Bundrage, Trelawney A <Trelawney.A.Bundrage@delta.com>
**Subject:** In regards to our conversation tonight

Hey Tre Per our conversation tonight about Dominique so we have had a few incidents the first one was when we were going over a review for the test in class and she kept trying to talk to me so I said not right now I need to hear this and she got every upset. She didn't ride the bus back with us and started gossiping about me to other class mates. I just ignored it and explained to her that the test review was very important to me. The next incident was on a day that she forget her lanyard with I.D and when she walked into class I seen her lanyard so I said oh good you found it. She then yelled at me infront of the class saying omg I can't even get to my seat and your coming at me. I apologize and told her I was just concerned about her and that I wanted to make sure she was compliant and she didn't have to yell at me. She stated that I said it so loud the instructors would hear that she was not complaint and she was afraid she would get in trouble. I then just removed myself from the situation all together and chose not to talk to her because I did not want to have anything send me home. We then had our OE flight together and I asked to do first class just to do announcements I didn't want to work in first class. Then after I told her I was done she could go to first class, about 20 mins later the flight Leader came back to the main cabin looking for me. He apologized to me saying that he hopes that he didn't do anything to offend me or scare me away. I was very confused as to why he was apologizing to me. He stated that Dominique told him that I couldn't handle the front that it was to much and I was to overwhelmed in the front. I was in shock and explained that I was definitely not overwhelmed and never felt like he offended me. I was just shocked that she would say that when that's not even what happened. I just ignored it and kept focus on earning my wings but after finding out that so many people had different issues I figured something needed to be shared as she will be representing delta on the line and I just don't see her empowering the delta difference.
Thanks,
▓▓▓▓ ▓▓▓▓

Sent from my iPhone

> On Sep 28, 2021, at 10:12 PM, ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>
> Ok thanks

| | |
|---|---|
| From: | Bundrage, Trelawney A |
| To: | Cofer, Timithia A; Anderson, Jennifer |
| Subject: | Fwd: Classmate concern |
| Date: | Thursday, September 30, 2021 9:09:00 AM |

Get Outlook for iOS

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Thursday, September 30, 2021 1:19:55 AM
**To:** Bundrage, Trelawney A <Trelawney.A.Bundrage@delta.com>
**Subject:** Classmate concern

Hello Trel

My classmates and I have been concerned with Dominique's behavior and attitude. Dominique has been rude and disrespectful to her fellow classmates and bus driver throughout the 6 week journey we've been on. The first occurrence I witness happen was in the shuttle when the driver picked us up after class. She was the last one to board and told the bus driver she was the last one. The driver waited a bit, when Dominique told him are you going to close the door or turn on the AC?! In a very rude manner. The bus driver asked us what was her name and her name was given. Dominique got upset with Keisha who was her close friend twice. Dominique got upset because Keisha was taking notes regarding the test and wouldn't listen to her. Dominique got upset with Keisha and with me for that incident and stopped talking to us for a while. The second incident with Keisha was over a classmate informing us Dominique had forgotten her lanyard and badge and didn't realize until she got off the bus at the training center. Keisha and I weren't on the bus that morning because we left early to campus to study. As good friends to Dominique we were worried about her because we didn't want her to get in trouble again. We were concerned and worried for her. A few minutes later Dominique showed up to class and her seat mate Keisha was glad to see she had her lanyard. She made a comment to Dominique "Oh you have your lanyard." Dominique started shouting at Keisha in class "Who told you!? I can't even sit down without you already ruining my day!" Dominique was so loud I turned my seat around to see what was going on. Gena felt guilty that

Dominique was yelling at Keisha and told Dominique "I'm sorry, I told Keisha." Gena only told us about Dominique's lanyard because we were Dominique's friends and we would worry about her and try to help her. I highly doubt that was Dominique's lanyard because she kept it inside her delta sweater the whole day and there was no way she made it back to the hotel and back to the training center in a few minutes. We didn't tell on her. We left it alone and just stop talking to her from then on. Dominique text Keisha a few days later telling her she wanted Keisha to apologize to her. We just left her alone. A4 has a group chat where everyone is a part of except her. When she failed on her door drill she no longer had Keisha and I to help her. Dominique reached out to Nancy her roommate and asked if she could add her to the A4 group chat that she never wanted to be a part of. One day she told 2 classmates she was going to the restroom to hold the bus. The bus driver took off right away and the 2 classmates weren't able to tell her to hold on. Dominique came running after the shuttle and was upset at the 2 classmates and made comments to them. After the shuttle incident she removed herself from the group chat a day after she was added. Another incident was when she was ungrateful to Keith for bringing her food for our lunch break. Keith went out of his way to buy her food with his own money. Dominique didn't take the food. She was so ungrateful. Keith walked to pie hole to get her food and she didn't take it because he took to long. Keith was still kind enough to give her a ride this Monday night 35 miles towards Alabama to get her cell phone she forgot on an Uber and to move out from the hotel. The last incident Dominique had was getting upset with Nancy because Nancy woke up 20 minutes before Dominique's alarm went off. Dominique is not a team player. She has a short temper and a lot of us in our class don't want to be around her. Dominique is a liar. The things she tells classmates contradict each other. Dominique doesn't share the Delta core values. I hope these issues could be addressed before she goes out in the line. Thank you for your time.

Get [Outlook for iOS](#)

| | |
|---|---|
| **From:** | Bundrage, Trelawney A |
| **To:** | Cofer, Timithia A; Anderson, Jennifer |
| **Subject:** | Fwd: Experience with classmate |
| **Date:** | Thursday, September 30, 2021 9:18:23 AM |

Get Outlook for iOS

**From:** ▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Thursday, September 30, 2021 9:08:29 AM
**To:** Bundrage, Trelawney A <Trelawney.A.Bundrage@delta.com>
**Subject:** Experience with classmate

Good morning Trel,

I just wanted to share with you my background and experience with Dominique Pavageau. This young lady coming in was very negative. She was saying rude things to people and she was displaying an unprofessional behavior. This was a constant thing for the first week. I didn't quite understand why she behaved in such a negative way seeing she was given an opportunity to return back to training with the rest of A class. After being bases were awarded she seemed down the rest of that week due to not receiving her base and so I decided to have a conversation with her and encourage her. At that point I got know more about her personally, I discovered that there maybe I could mentor and encourage this young lady. I would pray with her and give her words of wisdom to keep her spirits up. I did this for the next few weeks. By the third week of training I thought I saw a little change in her and was assisting her in some deficiencies she was having with her door evacuations. By the fourth week came we had become closer until a bus incident happened. On this evening she asked me was I riding the bus and when I informed her I was she said she was going to the restroom. I said ok and proceeded to head to the bus. As we all loaded the bus the bus driver proceeded to drive off. He did not wait like the other drivers so I as well as some other people started to ask where were people we didn't see on the bus? When everyone except her was accounted for, I started to send her a text to let her know the bus was leaving and I'll come back for her. We'll before I got the opportunity to send it she was able to make it on the bus at the guard's gatehouse. People asked her where was she and she proceeded to say with an attitude she told 2 people she was going to the restroom. Then when we got back to the hotel she removed herself from the group chat. I sent her a text the next day inquiring about her exit from the chat and explaining what happened and my intentions I stated earlier. She stated her reason for leaving is that she held the chat to a higher standard and she felt no need to be in it. I was offended by that comment. I apologized to her if she felt offended by the incident and told her I had her back and to stay encouraged. We only had a couple of weeks to go. We were ok until I found out she said something about me behind my back. At that point I was hurt and disappointed with her. My personal rule is 3 strikes and your out when someone treats me with disrespect, displays an attitude with me, or betray me. Once I found this out I removed myself from her presences. I stopped interacting with her. If she needed help or tried to speak I was polite, but there was no more personal conversation. I guess she sensed that and she limited her personal conversation with me. I'm guessing she was not happy about that because on our second EMV we were in the same crew together. When we were preparing and assigning jump seat, due to me being FL she wanted to sit in the 1Lc and my roommate, which she has had her own personal negative experience with, stated she was sitting there and due to her being senior got the js. Well when it was time my roommate and I took out sits first and this young lady walked

past us and gave my roommate the nastiest look. Once the EMV was completed we were asked our opinions about how we thought it went. We all stated how we think it went and the instructors did the same. This young lady towards the end stated that she felt disconnected from the front of the aircraft. She didn't know if we were doing anything in the front. She couldn't see what we were doing. Our scenario was an emergency evacuation. Everyone in the class had such a puzzled look on their face. We all looked at each other with confusing. The instructors informed her that there were able to see what was going on in the front and we did d excellent. As FL and to ensure that the other young ladies weren't discouraged by her words I thanked everyone for doing a great job during the EMV including her. I can not say what her intentions truly were, but I can say that what she did made the entire class upset because they interpreted as she was trying to sabotage my roommate and I because she couldn't sit in the front and she had personal grudges against us. It showed that she was will to fail an entire team to succeed in her goal. Her behave is very erratic and unpredictable. She is a bully to those she feel she can bully. She does not embody the company's core values and I believe she is a danger and liability to crew members, passengers, and Delta Air Lines. Thank you for allow me to share my experience and hearing my voice.