# EXHIBIT B

EXHIBIT B

030321 Jswartz 00000 815285 44 204

05822 3200



Delta Air Lines, Inc.
Post Office Box 20706
Atlanta, Georgia 30320-6001

Date: 12/12/19

Congratulations!

Delta Air Lines, Inc. ("Delta" or the "Company") is pleased to confirm our verbal offer of employment as a Flight Attendant (the "Position"). You will be assigned to the In-Flight Services division. The following information generally summarizes the terms of your employment, which is contingent upon satisfactory completion of Delta's usual pre-employment processes, including successful completion of background check(s) and drug screen.

Compensation

Your starting pay will be minimally $30.96 per hour payable in accordance with the attached pay scale. You will be paid on a bi-weekly basis.

Other Terms and Conditions

Delta is committed to building a great place to work for all employees. As an employee of Delta you will be expected to abide by the Company's policies and procedures including, but not limited to, *The Rules of the Road*, *The Way We Fly* and Delta's Code of Ethics and Business Conduct.

This letter should not be considered as a proposed contract for employment for any fixed term, as our employment relationship with you will be based upon mutual consent and either you or Delta may terminate this relationship at any time, with or without cause or notice. In addition, Delta reserves the right to amend, modify or change any term or condition of your employment.

Accepting this Offer

If the terms outlined reflect your understanding of our offer and you accept employment based on these terms, please indicate your acceptance by signing this letter and submitting the signed copy to your hiring representative, we have enclosed a duplicate copy of this letter, please keep the copy of this letter for your records.

We are extremely pleased to have you join the Delta team. I think you will find that Delta offers challenge and growth in a truly exciting environment and we are confident that you will be able to contribute to our continued success.

ACKNOWLEDGE

Dominique Pavageau
Print Name

D―― C. Pa――
Signature

12/12/19
Date

**EXHIBIT 3**
Pavageau
Date: 9/16/2025
Buell Realtime Reporting
206 287 9066

cc: New Hire, Personnel File
Offer Letter – Flight Attendant                    Last Updated: October 2019

DELTA_DP_0000087

030321 jswartz 00000 815285 44 205



# Considerations for Internal Candidates

*We understand your interest and appreciate your excitement regarding the Flight Attendant position. As a company transfer into an In-Flight Service Flight Attendant position, it is important for you to take into consideration key factors of the Flight Attendant position, including how your company seniority will translate once you are a Flight Attendant, what to expect during training, salary expectations and life as a Flight Attendant.*

## Employment – Seniority – Pay Dates

**Seniority Date** Employees who transfer to the Flight Attendant position from another job classification within the company will receive an In-Flight seniority date. This date is based on the 1st day of training of the class in which you graduate. Classes are assigned a seniority date which is equal to their 1st day of training. Seniority numbers are then assigned within this date. Company transfers are given priority within their class. Trainees are given sequential seniority numbers in the following order: company transfers sorted by their date of employment, most senior to the most junior, followed by external new hires sorted by date of birth, oldest to youngest. Your In-Flight seniority number is used for competitive bidding purposes including but not limited to: monthly schedule bidding, training class assignments, base transfers, pre month and daily scheduled PPT and company convenience leave awards.

**Pay Anniversary Date (PAD)** Your PAD will be adjusted. This date reflects the amount of time "credit" received for various job classifications previously held during your career. This date will determine the appropriate step on the Flight Attendant pay scale you will be placed on upon successful completion of Flight Attendant training. Fifty percent pay credit will be provided for continuous time worked in non-Flight Attendant positions at Delta. Ready Reserve employees are credited based on hours worked. The PAD will then be adjusted for time spent on leave of absence or furlough. *As an example, if you had 10 years continuous service, you would be on the 5 year step on the Delta Flight Attendant pay scale upon successful completion of the class. It's important you check with your local payroll representative or a HR representative to determine the impact to your PAD and where you will fall on the Flight Attendant pay scale.*

**Vacation Bid Date** Upon successful completion of training, you will be issued a Vacation Bid Date. This date is based upon your current Date of Employment. This date is unique to In-Flight and is used for Vacation Bidding purposes only both during the Annual rounds and the monthly Vacation pick up and improvement process.

**Date of Employment (Hire)** No change will occur to your date of employment. This date will remain the same.

**Adjusted Service Date** No change will occur to this date as a result of your transfer into a Flight Attendant position.

**Pass Eligibility Date** No change will occur to this date as a result of your transfer into In-Flight.

<u>Please note</u>: *Other than stated above, your new Seniority Date and Pay Anniversary Date will not impact any other aspect of your employment or benefits. To ensure you understand what dates will and will not be impacted by accepting a Flight Attendant position, you may review your current dates/information by logging into the Self-Service tool.*

## Flight Attendant Training

Flight Attendant training is six weeks in duration followed by a week consisting of base orientation and relocation days. While in training you will continue to be paid at your hourly rate of pay (up to a max of $30.00 per hour) that was in effect the day before your Flight Attendant training start date. Pay during training is based on an approximate 50 hour week, with no shift premium, overtime, or double time paid. If you are enrolled in Delta benefits, your premiums will continue to be deducted from your earnings while in training.

As a general rule, unless you have engaged in misconduct or other serious violations of Delta policy, if you do not successfully complete Flight Attendant training, you will be able to return to your previous position in your previous department, if the position is still available. If your previous position is not available, you will be given an opportunity to bid on other positions via eBid for a period of 60 days.

## Salary Expectations

Upon successful completion of Flight Attendant training, your newly calculated pay anniversary date will determine where you enter on the Flight Attendant pay scale. The flight attendant compensation structure covers all elements of responsibility and work time associated with a flight—including reporting, briefing, boarding, in-flight, deplaning, and sit time—through the use of four calculations, which will be explained in more detail in training. On top of that, you

DELTA_DP_0000088

030321 jswartz 00000 815285 44 206

0582232 00



may also receive other pay premiums as outlined in the Flight Attendant Work Rules such as for serving as the Purser/Service Leader/Flight Leader, Language of Destination or Holding Pay, etc. The average Flight Attendant

coming in at the entry level of pay will earn approximately $30,000 – $37,000 per year. The Flight Attendant pay scale can be found on DeltaNet under HR, My Money, and Base Pay Information. Click on Pay Scales by Job and select Flight Attendant. Please note on average Flight Attendants are scheduled between 80-90 flight hours a month.

**Travel Documents**
Depending on your base assignment, you may be required to obtain certain visas. Due to the considerable expense and time necessary to obtain some of these documents, we require that your passport or equivalent travel documents must have a minimum of 28 months remaining prior to expiration, **at the time you report to training**, AND have ample open pages (5+) sufficient to place multiple entry Visas and authorizations.

**Life as a Flight Attendant**
Your initial base assignment will be given while in training and you are required to accept the assignment, regardless of location. We will make every attempt possible to advise you of your base assignment as soon as possible, however please know depending on your class report date, some classes may be delayed in receiving their assignments. Current expectations are that the majority of 2020 Flight Attendant new hires will be based in Boston, Detroit, Minneapolis, or New York, and potentially other locations. These locations are subject to change and are not guaranteed. Flight Attendants participating in the Language of Destination program may have different options. In the event multiple bases are available, a bid will be held and processed in Flight Attendant seniority order. Once you graduate, you are eligible to enter transfer requests and be awarded slots should they become available in other base locations.

As a Flight Attendant you must be willing to work nights, weekends, holidays and extended hours. You must possess a valid passport (and in some instances additional travel visas) and be able and willing to fly in and out of all destinations Delta serves worldwide.

As a new hire, your monthly schedule will contain a minimum of six (6) A-Days (on-call reserve days). Flight Attendants are not required to live in the city of their base assignment; however due to the number of A-Days you will be assigned, it is strongly encouraged that you maintain a residence in your assigned base. If you decide to commute to the base in which you are assigned, you are responsible for ensuring you arrive in time for any assignment, including A-Days which are scheduled from 0001 to 2400. You will be required to answer your phone as of 0001 on your first A-Day assignment and may have a report time as early as 0200.

To be eligible for Delta-subsidized benefits in the following benefit year, Flight Attendants must meet an annual flying requirement of 540 hours. As a new hire, your requirement will be pro-rated based on the duration of time between graduation and the end of the official look back period which ends September 30th. Fulfillment of the requirement is achieved by accumulating a monthly average of 45 credit hours. Further information will be provided while in training.

*Please sign below to acknowledge you have taken into consideration the items detailed above and understand they are a condition of employment as a Flight Attendant.*

Dominique C. Pavageau
Printed Full Name                                      SSN ■■■■

_signature_                                             12/12/19
Signature                                               Date