The Honorable Lauren King
Trial Date: February 17, 2026

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DOMINIQUE C. PAVAGEAU,

        Plaintiff,

v.

DELTA AIR LINES, INC.,

        Defendant.

Case No. 2:24-cv-00332-LK

**SUPPLEMENTAL DECLARATION OF ANNE E. REUBEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**NOTE ON MOTION CALENDAR:**
January 16, 2026

I, Anne E. Reuben, declare as follows:

1.      I am over eighteen years of age. I am counsel of record for Defendant Delta Air Lines, Inc. I have personal knowledge of the facts stated in this declaration and, if asked, could competently testify to these facts.

2.      On September 16, 2025, I took the deposition of Plaintiff Dominique C. Pavageau. True and accurate excepts from the transcript of that deposition are attached to this Supplemental Declaration as **Exhibit A**.

//

//

//

//

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1

2          I declare under penalty of perjury under the laws of the State of North Carolina and the

3   United States of America that the foregoing is true and correct.

4          Dated this 16th day of January 2026, at Durham, North Carolina.

5                                              */s/ Anne E. Reuben*

6                                              Anne E. Reuben

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUPP. REUBEN DEC. ISO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2
CASE NO. 2:24-CV-00332-LK

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

1

## CERTIFICATE OF SERVICE

2          I am a resident of the State of Washington, over the age of eighteen years, and not a party to

3   the within action. My business address is One Union Square, 600 University Street, Suite 3200,

4   Seattle, Washington 98101. I hereby certify that on January 16, 2026, I electronically filed the

5   foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send

6   notification of such filing to the following individual who has opted in for e-service:

7    **Pro Se Plaintiff**

8   Dominique C. Pavageau
9   4036 S Holly St.
    Seattle, WA 98118
10  Tel: (206) 928-1233
    Domthe10@icloud.com
11

12          I certify under penalty of perjury under the laws of the United States and of the State of

    Washington that the foregoing is true and correct.
13

14          Dated January 16, 2026.

15                                                         *s/ Liana Natividad*
                                                           Liana Natividad
16                                                         lnatividad@littler.com
                                                           **LITTLER MENDELSON, P.C.**
17  4925-2244-8009 / 105518.1028

18

19

20

21

22

23

24

25

26

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

# EXHIBIT A

# EXHIBIT A

# Dominique C. Pavageau

# Pavageau v. Delta Air Lines Inc. In-Flight Service Learning

# September 16, 2025



1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
6 South Second Street, Suite 718  Yakima, Washington  98901
Bellingham  |  Everett  |  Tacoma  |  Olympia  |  Yakima  |  Spokane
Seattle 206.287.9066    Tacoma 253.235.0111    Eastern Washington 509.624.3261
**www.buellrealtime.com**
email: transcripts@buellrealtime.com

Page 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

_____

DOMINIQUE C. PAVAGEAU,            )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) Case No.
                                  ) 2:24-cv-00332-LK
DELTA AIR LINES INC. IN-FLIGHT )
SERVICE LEARNING,                 )
                                  )
          Defendant.              )
_____

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

DOMINIQUE C. PAVAGEAU

_____


Taken at 600 University Street, Suite 3200


Seattle, Washington


DATE TAKEN:  September 16, 2025

REPORTED BY:  KATHLEEN HAMILTON, RPR, CRR, CCR 1917
              California CSR 11595

Pavageau v. Delta Air Lines Inc. In-Flight Service Learning                    Dominique C. Pavageau

Page 2

1                    A P P E A R A N C E S

2

THE PRO SE PLAINTIFF:

3
                         DOMINIQUE C. PAVAGEAU
4                        4036 S. Holly Street
                         Seattle, Washington 98118
5                        206.928.1233
                         domthe10@icloud.com
6

7

FOR THE DEFENDANT:

8
                         ANNE E. REUBEN
9                        BREANNE F. LYNCH
                         Littler Mendelson, P.C.
10                       One Union Square
                         600 University Street, Suite 3200
11                       Seattle, Washington 98101
                         206.623.3300
12                       areuben@littler.com
                         blynch@littler.com

13

14

THE VIDEOGRAPHER:

15
                         JASON NEUERBURG
16                       Buell Realtime Reporting, LLC
                         1325 Fourth Avenue
17                       Suite 1840
                         Seattle, Washington 98101
18                       206.287.9066

19

20   ALSO PRESENT:

21                       ERIN HARRIS

22

23                   *   *   *   *   *

24

25

Pavageau v. Delta Air Lines Inc. In-Flight Service Learning                    Dominique C. Pavageau

Page 19

1    A.    Uh-huh.

2    Q.    -- the only boxes you checked here are "national

3    origin" and "disability or perceived disability".

4          Do you see that?

5    A.    I do.

6    Q.    Okay.  You agree with me you didn't check

7    "race"?

8    A.    Correct.

9    Q.    Okay.

10         And then you just state "generalized anxiety

11   disorder" under disability; correct?

12   A.    That's correct.

13   Q.    That's the only disability we're talking about

14   here in this lawsuit?

15   A.    Correct.

16   Q.    And your national origin, can you tell me a

17   little bit more about why you believe you have a

18   national origin claim?

19   A.    Well, in the midst of our conversations with HR,

20   I wasn't sure why I was having the experience that I

21   was, and I didn't really receive a lot of support and

22   under- -- like, understanding why my journey in training

23   was starting out the way that it was.  And I remember in

24   our conversation saying this has to be a cultural

25   misunderstanding.  And I leaned into that, because I was

Pavageau v. Delta Air Lines Inc. In-Flight Service Learning          Dominique C. Pavageau

Page 203

1    flight.  So on September 19th is when I made this report

2    that notified my instructors and crew, and then we

3    were -- they asked me more details related to that.

4          I remember going into detail about the stress

5    that I was under, but I can't guarantee that I

6    specifically referred to the -- my friend's suicide.

7    Q.    You've now brought up twice this idea that you

8    were injured on or around September 19th.

9    A.    Yes.

10   Q.    Did you submit an accommodation request related

11   to this alleged injury?  Did you need an accommodation

12   related to it?

13   A.    I did not submit a request for it.  And I did

14   not request an accommodation for it.

15         Could I have benefited from an accommodation?

16   Is that your question?  I'm sorry, the second part of

17   your question.

18   Q.    Are you claiming you needed an accommodation for

19   it?

20   A.    No, I did not.

21   Q.    Following your suspension from flight attendant

22   school, would you agree that you continued to be

23   employed by Delta?

24   A.    Yes.

25   Q.    In fact, you continued to be employed by Delta

Pavageau v. Delta Air Lines Inc. In-Flight Service Learning                    Dominique C. Pavageau

Page 271

1                    C E R T I F I C A T E

2

3    STATE OF WASHINGTON

4    COUNTY OF KING

5

6         I, Kathleen Hamilton, a Certified Shorthand

7    Reporter and Notary Public in and for the State of

8    Washington, do hereby certify that the foregoing

9    transcript of the deposition of DOMINIQUE C. PAVAGEAU,

10   having been duly sworn, on SEPTEMBER 16, 2025, is true

11   and accurate to the best of my knowledge, skill and

12   ability.

13        IN WITNESS WHEREOF, I have hereunto set my hand

14   and seal this 29th day of SEPTEMBER, 2025.

15

16

17

18

19

20

21

22

23   _____

24        KATHLEEN HAMILTON, RPR, CRR, CCR #1917

25